■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALLACE DIAMOND, Appellant. [828 NYS2d 892]—Appeal from a

judgment, Supreme Court, Bronx County (Robert Seewald, J.), rendered on or about January 6, 2005, held in abeyance pending receipt, within 20 days of service of a copy of the order, of a respondent's brief addressed to the issue of defendant's claim of excessiveness of sentence, and a reply brief, if any, filed within 10 days of service of respondent's brief. Concur—Andrias, J.P., Sullivan, Williams, Sweeny and Malone, JJ.